**Christina L. PETTERUTI,**
**Plaintiff—Appellant,**

**v.**

**DAVIS GRANT MEDICAL CENTER—**
**60th Medical Group, et al.,**
**Defendants—Appellees.**

Nos. 05–16412, 05–16418, 05–16419.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted March 6, 2006.*

Filed March 10, 2006.

Christina L. Petteruti, Travis AFB, CA, pro se.

Joann M. Swanson, Esq., Patricia Benton, Esq., U.S. Attorney's Office, San Francisco, CA, Gail Killefer, Esq., Office of the U.S. Attorney, Oakland, CA, for Defendants–Appellees.

Before: BEEZER, T.G. NELSON and BEA, Circuit Judges.

## MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in these appeals are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.